RECEIVED
NOV 26 2007
NOV 2 6 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

ERIC WARE #R-32516 )
)
V. )
)
CHICAGO POLICE DEPARTMENT, )
DOROTHY BROWN, TOM DART, )
COOK COUNTY CLERK'S OFFICE, )      07CV6645
COOK COUNTY SHERIFF'S )
DEPARTMENT, COOK COUNTY STATES )    JUDGE HOLDERMAN
ATTORNEY'S OFFICE, COOK COUNTY )    MAGISTRATE JUDGE BROWN
PUBLIC DEFENDER'S OFFICE, and )
ILLINOIS GENERAL ASSEMBLY. )

**PLAINTIFF'S COMPLAINT**

JURISDICTION IS INVOKED UNDER 42 U.S.C. SECTION 1983, 28 U.S.C. 1331, 1343, and 1367.

1. The plaintiff claims the the Chicago Police Department refuses to allow him to file a Police report or Complaint against an individual who has forged, stolen, and cashed his checks.

2. The defendant, DOROTHY BROWN, has refused to file plaintiff's Motion for Expidited Child Support, Forcible Entry and Detainer, Change of Name Petition, and a Civil Complaint against, Bank One, and no Judge has mandated defendant not to do so.

3. The Cook County Clerk'S Office, has refused to file the plaintiff's Motion for Expidited Child Support, Forcible Entry and Detainer, Change of Name Petition, and Civil Complaint against, Bank One, and no Judge has mandated defendant not to do so.

(1)

4. The defendant, TOM DART, has refused to summon an individual in a Civil case in the Cook County Circuit Court, as he is the Cook County Sheriff, and refuses to contact plaintiff after he has wrote and called his office on several occassions.

5. The Cook County Sheriff's Department, refuses to summon an individual in a Civil case in the Cook County Circuit Court, and the court has mandated that it serve the defendant in that case.

6. The Cook County States Attorneys Office, refuses to investigate plaintiff's claim of a forged check, stolen check, and the plaintiff has written several letters and has even called it and it has not responded to plaintiff's request, but investigates claims of other individuals who are not incarcerated, and it also files criminal charges on individuals.

7. The Cook County Public Defender's Office, refuses to give plaintiff his warehoused Discovery Material, and plaintiff is a pro-se, litigant in criminal Court, and has called his previous attorney to make arrangements to obtain them, and has written multiple letters to Ed. Burnett, who is the Cook County Public Defender.

8. The Illinois General Assembly, fails to abrogate Public Act 87-1005, which created the Illinois Compiled Statutes Provision which violates the Illinois Constitution, and reprieves the plaintiff from changing his name under the unconstitutional law, and the abrogation would allow him to change it under prior law.

9. The Illinois General Assembly, fails to abrogate public Acts, 84-1450 and 83-1067, and plaintiff is at risk of being punished again in the future under the Acts, and the Acts are both Unconstitutional.

**RELIEF REQUESTED:**

1. The plaintiff sues the CHICAGO POLICE DEPARTMENT, in their individual capacity for $200,000.00 in Compensatory Damages, and $200,000.00 in Punitive Damages.

2. The plaintiff seeks Injunctive Relief, in order to obtain the means to file a complaint or report against an individual who forged, stole, and cashed hie check, in 2006.

3. Plaintiff sues, TOM DART, in his individual capacity for $100,000.00 in Compensatory Damages, and $100,000.00 in Punitive Damages, and seeks Injunctive Relief so that the defendant will be compelled to Summons a defendant in a Civil Case.

4. Plaintiff sues, COOK COUNTY SHERIFF'S DEPARTMENT for $100,000.00 in its individual Capacity, and Injunctive Relief, compelling it to Summon defendant in Civil case.

5. Plaintiff sues, DOROTHY BROWN, for $200,000.00 in her individual Capacity for Compensatory Damages and $200,000.00 in Punitive Damages, and Injunctive Relief, compelling defendant to file his claims.

6. Plaintiff sues COOK COUNTY CLERK'S OFFICE in its individual Capacity for $200,000.00 in compensatory Damages, and Injunctive Relief in its Official Capacity, to File plaintiff's claims.

Case 1:07-cv-06645   Document 1   Filed 11/26/2007   Page 4 of 4

7. The plaintiff sues, COOK COUNTY PUBLIC DEFENDER'S OFFICE in its individual Capacity for $200,000.00 in Compensatory Damages and $200,000.00 in Punitive Damages, and seeks Injunctive Relief, in order to compel it to tender plaintiff's Discovery Material, which hinders him from his criminal case preparation.

8. Plaintiff sues the Illinois General Assembly, in its Official Capacity for Injunctive Relief and Declaratory Relief, in order to mandate it to abrogate the said Public Acts.

9. All State Officials are sued in their official Capacity for Equitable Relief.

10. The defendants have violated plaintiff's First, Fifth, and Fourteenth Amendment Rights of the United States Constitution, and will continue to violate them.

**JURY DEMAND:**

Plaintiff Demands trial by Jury on all issues so triable.

RESPECTFULLY SUBMITTED:
ERIC WARE #R-32516
LAWRENCE CORR. CTR.
SUMNER, IL. 62466

Subscribed and Sworn to Before me this
16th Day of November 2007

Sharon L. McCorkle
Notary Public

"OFFICIAL SEAL"
Sharon L. McCorkle
Notary Public, State of Illinois
My Commission Exp. 07/14/2009

(4)