FILED
NOV 26 2007
NOV 2 6 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

ERIC WARE #R-32516 )
       PLAINTIFF )
V.

CHICAGO POLICE DEPARTMENT
       DEFENDANT

07CV6645
JUDGE HOLDERMAN
MAGISTRATE JUDGE BROWN

**MOTION TO PROCEED IN FORMA PAUPERIS**

Now come the plaintiff, ERIC WARE, pro-se, and moves this Honorable Court to allow him to proceed in forma pauperis pursuant to 28 USC 1915, and states as follows:

1. The plaintiff claims that he is indigent and cannot afford to proceed in this cause due to fees, charges and cost, and does not own any assets and his attached trust fund account balance reflects plaintiff's allegations.

2. The plaintiff seeks for this Honorable Court to accept his pro-se In Forma Pauperis Petition.

Wherefore, the plaintiff requests that this Court will allow him to proceed in this cause.

RESPECTFULLY SUBMITTED:
*Eric Ware*
ERIC WARE #R-32516
LAWRENCE CORR. CTR.
R.R.2- Box-36
SUMNER, IL. 62466
11/16/07