

**Lawrence Correctional Center**
**Trust Fund**
Inmate Transaction Statement

REPORT CRITERIA - Date: 10/11/2007 thru End; Inmate: R32516; Active Status Only ? : No; Print Restrictions ? : Yes; Transaction Type: All Transaction Types; Print Furloughs / Restitutions ? : Yes; Include Inmate Totals ? : Yes; Print Balance Errors Only ? : No

**Inmate: R32516 Ware, Eric**   **Housing Unit: LAW-R1-BL-05**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | Beginning Balance: |  | 0.00 |
| 10/11/07 | Payroll | 20 Payroll Adjustment | 284134 |  | P/R month of 09/2007 | .34 | .34 |
| 10/16/07 | Disbursements | 81 Legal Postage | 289334 | Chk #19609 | 057429, DOC: 523 Fund Inmate R, Inv. Date: 10/03/2007 | -.17 | .17 |
| 10/16/07 | Disbursements | 84 Library | 289334 | Chk #19610 | 057537, DOC: 523 Fund Library, Inv. Date: 10/12/2007 | -.15 | .02 |
| 10/17/07 | Mail Room | 04 Intake and Transfers In | 290258 | 88318 | Danville C.C. | -123.20 | -123.18 |
| 11/09/07 | Payroll | 20 Payroll Adjustment | 313134 |  | P/R month of 10/2007 | 10.00 | -113.18 |

**INMATE TRUST FUND ACCOUNT**

| | |
|---|---|
| Total Inmate Funds: | -113.18 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 72.06 |
| Funds Available: | -185.24 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

FILED
NOV 2 6 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07CV6645
JUDGE HOLDERMAN
MAGISTRATE JUDGE BROWN

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 10/05/2007 | 057463 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.99 |
| 10/09/2007 | 057483 | Disb | Library | 2 DOC: 523 Fund Library | $5.90 |
| 10/12/2007 | 057529 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.58 |
| 10/15/2007 | 057542 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.41 |
| 10/15/2007 | 057542 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $4.82 |
| 10/15/2007 | 057542 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $2.50 |
| 10/16/2007 | 057566 | Disb | Library - Copies | 2 DOC: 523 Fund Library | $5.30 |
| 10/18/2007 | 057591 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $1.31 |
| 10/18/2007 | 057591 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $4.29 |
| 10/18/2007 | 057591 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.97 |
| 10/18/2007 | 057593 | Disb | Library - Copies | 2 DOC: 523 Fund Library | $0.45 |
| 10/18/2007 | 057594 | Disb | Library - Copies | 2 DOC: 523 Fund Library | $3.40 |
| 10/18/2007 | 057595 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $1.38 |
| 10/19/2007 | 057655 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.80 |
| 10/23/2007 | 057666 | Disb | Library - Copies | 2 DOC: 523 Fund Library | $6.50 |
| 10/24/2007 | 057674 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $5.17 |
| 10/24/2007 | 057674 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $2.22 |
| 10/25/2007 | 057712 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $3.95 |
| 10/25/2007 | 057712 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.41 |
| 10/26/2007 | 057729 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.41 |
| 10/26/2007 | 057729 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.82 |
| 10/26/2007 | 057731 | Disb | Library | 2 DOC: 523 Fund Library | $0.10 |
| 11/05/2007 | 057763 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $2.30 |

**Lawrence Correctional Center**
**Trust Fund**
Inmate Transaction Statement

REPORT CRITERIA - Date: 10/11/2007 thru End;   Inmate: R32516;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: R32516 Ware, Eric**                             **Housing Unit: LAW-R1-BL-05**

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 11/05/2007 | 057763 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $3.08 |
| 11/05/2007 | 057763 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.97 |
| 11/05/2007 | 057770 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $1.31 |
| 11/05/2007 | 057770 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $0.82 |
| 11/06/2007 | 057775 | Disb | Library | 2 DOC: 523 Fund Library | $2.40 |
| 11/06/2007 | 057793 | Disb | Library | 2 DOC: 523 Fund Library | $2.25 |
| 11/07/2007 | 057803 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $1.96 |
| 11/07/2007 | 057806 | Disb | Library | 2 DOC: 523 Fund Library | $1.30 |
| 11/07/2007 | 057806 | Disb | Library | 2 DOC: 523 Fund Library | $1.05 |
| 11/14/2007 | 057820 | Disb | Legal Postage | 99999 DOC: 523 Fund Inmate Reimbursemen | $1.94 |
| | | | | **Total Restrictions:** | **$72.06** |

# Danville Correctional Center
## Trust Fund
### Inmate Transaction Statement

REPORT CRITERIA - Date: 05/15/2007 thru End;  Inmate: R32516;  Active Status Only ? : No;  Print Restrictions ? : Yes;  Transaction Type: All Transaction Types;  Print Furloughs / Restitutions ? : Yes;  Include Inmate Totals ? : Yes;  Print Balance Errors Only ? : No

**Inmate: R32516 Ware, Eric**  **Housing Unit: DAN-S -01-09**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 2.38 |
| 05/17/07 | Disbursements | 81 Legal Postage | 137316 | Chk #87010 | 810721018, DOC: 523 Fund Inmat, Inv. Date: 05/01/2007 | -.52 | 1.86 |
| 05/17/07 | Disbursements | 81 Legal Postage | 137316 | Chk #87010 | 810720299, DOC: 523 Fund Inmat, Inv. Date: 04/20/2007 | -1.17 | .69 |
| 06/08/07 | Payroll | 20 Payroll Adjustment | 159116 | | P/R month of 05/2007 | 5.10 | 5.79 |
| 06/15/07 | Disbursements | 84 Library | 166339 | Chk #87294 | 840722675, Consolidated Inmate, Inv. Date: 05/21/2007 | -.33 | 5.46 |
| 06/15/07 | Disbursements | 81 Legal Postage | 166339 | Chk #87298 | 810720893, DOC: 523 Fund Inmat, Inv. Date: 04/30/2007 | -2.14 | 3.32 |
| 07/09/07 | Mail Room | 04 Intake and Transfers In | 190202 | 110061 | Illinois River C.C. | .05 | 3.37 |
| 07/12/07 | Payroll | 20 Payroll Adjustment | 193141 | | P/R month of 06/2007 | 10.00 | 13.37 |
| 07/17/07 | Disbursements | 81 Legal Postage | 198302 | Chk #87550 | 810720587, DOC: 523 Fund Inmat, Inv. Date: 04/25/2007 | -6.12 | 7.25 |
| 07/17/07 | Disbursements | 81 Legal Postage | 198302 | Chk #87550 | 810722695, DOC: 523 Fund Inmat, Inv. Date: 05/21/2007 | -3.98 | 3.27 |
| 07/19/07 | Mail Room | 01 MO/Checks (Not Held) | 2002116 | 580805 | Saulsberry, Annie | 50.00 | 53.27 |
| 08/03/07 | Mail Room | 01 MO/Checks (Not Held) | 215287 | 783522887 | Clark, Warren | 25.00 | 78.27 |
| 08/17/07 | Disbursements | 84 Library | 229339 | Chk #87811 | 840720573, Consolidated Inmate, Inv. Date: 04/25/2007 | -16.10 | 62.17 |
| 08/17/07 | Disbursements | 84 Library | 229339 | Chk #87811 | 840722674, Consolidated Inmate, Inv. Date: 05/21/2007 | -8.70 | 53.47 |
| 08/17/07 | Disbursements | 90 Medical Co-Pay | 229339 | Chk #87821 | 90082911, DOC: 523 Fund Inmate, Inv. Date: 08/13/2007 | -2.00 | 51.47 |
| 08/17/07 | Disbursements | 81 Legal Postage | 229339 | Chk #87821 | 810722922, DOC: 523 Fund Inmat, Inv. Date: 05/23/2007 | -4.22 | 47.25 |
| 08/17/07 | Disbursements | 90 Medical Co-Pay | 229339 | Chk #87821 | 90082976, DOC: 523 Fund Inmate, Inv. Date: 08/13/2007 | -20.00 | 27.25 |
| 08/17/07 | Payroll | 20 Payroll Adjustment | 229116 | | P/R month of 07/2007 | 8.75 | 36.00 |
| 10/12/07 | Disbursements | 99 Transfer Inmate | 285339 | Chk #88318 | Lawrence Correctional Center, Inv. Date: 09/21/2007 | 123.20 | 159.20 |
| 10/17/07 | Disbursements | 84 Library | 290302 | Chk #88393 | 84082976, Consolidated Inmate , Inv. Date: 08/13/2007 | -72.35 | 86.85 |
| 10/17/07 | Disbursements | 81 Legal Postage | 290302 | Chk #88394 | 81082976, DOC: 523 Fund Inmate, Inv. Date: 08/13/2007 | -86.85 | .00 |

| | |
|---:|---:|
| **Total Inmate Funds:** | .00 |
| **Less Funds Held For Orders:** | .00 |
| **Less Funds Restricted:** | .00 |
| **Funds Available:** | .00 |
| **Total Furloughs:** | .00 |
| **Total Voluntary Restitutions:** | .00 |