RECEIVED
APR - 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

ERIC WARE (R-32516), )
         PLAINTIFF )
V. ) 07-C-6645
DOROTHY BROWN, ) HON. JAMES F. HOLDERMAN
         DEFENDANT )

FILED
APRIL 22, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**AMENDED COMPLAINT**    SMM

Plaintiff Eric Ware, for his complaint, states as follows:

**PARTIES**

1. Plaintif Eric Ware is a prisoner in the custody of the Illinois Department of Corrections and Currently resides at the Dixon Correctional Center in Dixon Illinois. At all times relevant to this action, he was an offender at the Illinois Department of Corrections.

2. Defendant Dorothy Brown was or is the Clerk of Cook County Illinois. She is being sued in her official capacity for injunctive relief and in her individual capacity for damages.

**JURISDICTION AND VENUE**

3. This action arises under 42 U.S.C. § 1983 to redress the deprivation under the color of state law of rights, privileges and immunities secured by the constitution of the United States. The rights sought to be redressed are guaranteed by the First and Fourteenth Amendments to the United states Constitution. The Court has federal jurisdiction over this controversy under 28 U.S.C. §§ 1331, 1343, and 1367.

4. Venue is proper in the Northern District of Illinois under 28 U.S.C. § 1391. The acts complained of occurred there, in the Cook County Circuit Court of Illinois.

(1)

## STATEMENT OF FACTS

5. The Plaintiff has filed several actions in the Cook County Circuit Court of Illinois between the years of 2006 until 2007, and the Defendant refused to file his claims.

6. Plaintif filed a Motion for Forcible Entry and detainer, Expidited Child Support, and a petition for a Change of Name within the time frame mentioned above.

7. The Plaintiff recently filed a Mandamus in the Illinois Supreme Court in 2006 against the defendant, claiming that she failed to file his Motion for Expidited Child support, and the Defendant response, claimed that it never had a record of any such Motion and the Supreme Court of Illinois therefore denied the Plaintiff's Motion.

8. The Plaintiff has filed these Motions over and over again and has not received any type of response from the Defendant, and due to the Plaintiff being a prisoner, he does not have any other alternative of filing Motions or Petitions.

9. At this Juncture, the Plaintiff does not have any relevant information in regards to case numbers or additional information in reference to case docketing if any.

10. When the Defendant refused to file Plaintiff's claims, it deprived him of trying to acheive a relationship with his Children, deprived him of trying to have his building returned, and Changing his name.

11. Many offenders in the custody of the Illinois Department of Corrections have been having problems with the Defendant filing their Motions and petitions.

(2)

12. The Plaintiff has been deprived the right to access the courts, and the Plaintiff's Motions and Petitions still have not been filed.

### CAUSES OF ACTION

13. Plaintiff incorporates paragraphs 1-12 as if set forth in full.

14. By consciously subjecting Plaintiff to deprivations of Accessing the Courts, the Defendant has violated his rights under the First and Fourteenth Amendment of the United States Constitution and 42 U.S.C. § 1983.

15. By consciously refusing to file Plaintiff's Motions and Petitions, the Defendants have violated, and will continue to violate his rights under the First and Fourteenth Amendment of the United States Constitution.

### RELIEF REQUESTED

THEREFORE, Plaintiff Eric Ware prays for judgment and relief including:

(A) Judgment that the Defendants have violated, and will continue to violate, Plaintiff's rights under the First and Fourteenth Amendments to the United States Constitution and 42 U.S.C. § 1983.

(B) A preliminary and permanent injunction directing the Defendant to File his Motions and Petitions.

(C) Damages in the amount of $100,000 from the Defendant; and Punitive Damages in the amount of $100,000 against the Defendant.

(D) Such other relief that this Court deem proper and just.

### JURY DEMAND

Plaintiff Demands trial by jury on all issues so triable.

RESPECTFULLY SUBMITTED,

DATE: 3/31/08

(3)